LEO P FLANGAS, ESQ.
Nevada Bar No. 5637
FLANGAS LAW FIRM, LTD.
600 S. Third Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1990
Facsimile: (702) 384-1009
E-mail: leo@flangaslawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Samantha Inc., d/b/a Samantha's Remedies, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>State of Nevada, ex rel, Department of Health and Human Services Nevada Division of Public and Behavioral Health Medical Marijuana Establishment Program; State of Nevada, ex rel, Department of Taxation; DOES 1-10; and ROE CORPORATIONS 1-10,<br><br>Defendants. | Civil Case No.: 2:19-cv-00785-GMN-NJK<br><br>**STIPULATED AND ORDER TO REMAND CASE TO STATE COURT AND, IN ALTERNATIVE, TO GIVE PLAINTIFF EXTENSION OF TIME TO FILE RESPONSIVE BRIEF TO STATE'S MOTION TO DISMISS** |

Pursuant to L.R. 7-1, SAMANTHA INC., D/B/A SAMANTHA'S REMEDIES, A NEVADA CORPORATION, Plaintiff ("SAMANTHA"), by and through their attorney LEO P. FLANGAS of the FLANGAS LAW FIRM and STATE OF NEVADA, ex rel, DEPARTMENT OF HEALTH AND HUMAN SERVICES NEVADA DIVISION OF PUBLIC AND

1

BEHAVIORAL HEALTH MEDICAL MARIJUANA ESTABLISHMENT PROGRAM; STATE OF NEVADA, ex rel, DEPARTMENT OF TAXATION, ("State of Nevada") by and through its attorney STEVE SHEVORSKI, ESQ. of the STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL hereby stipulate and agree:

WHEREAS, on May 7, 2019, State of Nevada filed a Petition for Removal from Eighth Judicial District Court, Case Number A-19-789983-B (Dkt 1).

WHEREAS, on May 7, 2019, entry of a Minute Order in Chambers of the Honorable Chief Gloria M. Navarro scheduled a statement of a removed action to be due by May 22, 2019. Joint Status Report regarding removed action was ordered to be due by June 6, 2019. (Dkt 2).

WHEREAS, on May 9, 2019, a Notice of Appearance was filed by Steven Shevorski on behalf of Defendants State of Nevada, ex rel, Department of Health and Human Services Nevada Division of Public and Behavioral Health and Human Services Medical Marijuana Establishment Program, State of Nevada, ex rel, Department of Taxation. (Dkt 4).

WHEREAS, on May 14, 2019, a Motion to Dismiss was filed by Defendants State of Nevada, ex rel, Department of Health and Human Services Nevada Division of Public and Behavioral Health Medical Marijuana Establishment Program, State of Nevada, ex rel, Department of Taxation. Responses were ordered due by May 28, 2019. (Dkt 5).

WHEREAS, on May 14, 2019, a Statement Regarding Removal was filed by Defendants State of Nevada, ex rel, Department of Health and Human Services Nevada Division of Public and Behavioral Health Medical Marijuana Establishment Program, State of Nevada, ex rel, Department of Taxation. (Dkt 6).

WHEREAS, on May 17, 2019, a Notice of Voluntary Dismissal of Certain Claims Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed by Plaintiff Samantha Inc., d/b/a Samantha's Remedies, a Nevada Corporation. (Dkt 7).

WHEREAS, on May 17, 2019, Motion to Remand to State Court was filed by Plaintiff Samantha Inc., d/b/a Samantha's Remedies, a Nevada Corporation. Responses due by May 31, 2019. (Dkt 8).

WHEREAS, based on Plaintiff's filings, no federal claims remain in this case.

WHEREAS, the parties desire to conserve this Court's resources under these circumstances and agree to remand this case to the Eighth Judicial Court of the District of Nevada.

WHEREAS, the parties agree to extend time for the Plaintiff to respond to Defendant's Motion to Dismiss to fourteen (14) days after the Court's decision on Plaintiff's Motion to Remand to State Court if Plaintiff's motion is not granted.

NOW THEREFORE IT IS HEREBY STIPULATED:

1. The above recitals are incorporated within as if fully set forth herein.

2. The parties stipulate and agree, subject to the State's reservation of all defenses and the right to have the motion to dismiss otherwise considered on its merits, to remand this case to the Eighth Judicial Court for the District of Nevada.

3. Alternatively, should it be necessary, the parties agree to extend time for the Plaintiff to respond to Defendant's Motion to Dismiss to fourteen (14) days after this Court's decision on Plaintiff's Motion to Remand to State Court if Plaintiff's motion is not granted.

4. The undersigned have authority on behalf of their respective Clients to enter into this stipulation.

DATED: 5/24/19                                  DATED: 5/24/19

/s/ Leo P. Flangas_____            /s/ Craig A. Newby_____
LEO P. FLANGAS, ESQ.                           STEVE SHEVORSKI, ESQ.
Nevada Bar No. 5637                            Head of Complex Litigation
FLANGAS LAW FIRM, LTD.                         Nevada Bar No. 08256
600 South Third St.                            CRAIG A. NEWBY
Las Vegas, NV 89101                            Deputy Solicitor General
Telephone: (702) 384-1990                      Nevada Bar No. 12158
Fax: (702) 384-1009                            OFFICE OF THE ATTORNEY GENERAL
Email: Leo@flangaslawfirm.com                  100 North Carson Street
*Attorney for Plaintiff*                       Carson City, NV 89701-4717
                                               Telephone: (775) 684-1100
                                               Fax: (775) 684-1108
                                               Email: sshevorski@ag.nv.gov
                                               Email: cnewby@ag.nv.gov
                                               *Attorney for Defendants*

## ORDER

In light of the foregoing, **IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Eighth Judicial District Court.

IT IS SO ORDERED.

**DATED** this __10__ day of __June__, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT